## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| **SAMUEL LAZAR,** | : | **(Assaulting, Resisting or Impeding Certain** |
| | : | **Officers Using a Dangerous Weapon)** |
| **Defendant.** | : | |

## **I N F O R M A T I O N**

The United States Attorney charges that:

### **COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **SAMUEL LAZAR**, using a deadly or dangerous weapon, that is, a lachrymatory agent, did forcibly assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United States and of any branch of the United States Government, and any person assisting such an officer and employee, that is, M.C., an officer of the Metropolitan Police Department and S.L., an officer of the United States Capitol Police, while such officers and employees were engaged in and on account of the performance of official duties and where the acts in violation of this section involve the intent to commit another felony.

   (**Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____

DOUGLAS G. COLLYER
Assistant United States Attorney (Detailee)
NDNY Bar No. 519096
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (518) 314-7800
E-mail: douglas.collyer@usdoj.gov

2