## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 22-CR-71 (ABJ) |
| : | (SEALED) |
| **SAMUEL LAZAR,** : | |
| : | |
| **Defendant.** : | |

**STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report and Motion to Continue Sentencing, currently scheduled for August 12, 2022, for a period of approximately 90 days. In support of the Motion, the government represents:

1. The defendant is before the Court after having pled guilty to Assaulting, Resisting or Impeding Certain Officer Using a Dangerous Weapon, in violation of Title 18, United States Code, § 111(a)(1) and (b), as part of sealed case 22-CR-71.

2. The defendant's plea contemplates his cooperation with the government on several matters. One of these matters is to provide testimony in a trial in the Eastern District of Pennsylvania. That trial was scheduled to begin on June 17, 2022, however, pretrial motions and hearings have pushed the trial date back. There is not currently a trial date set in that matter. The government and counsel are both in contact with the U.S. Attorney's Office for the Eastern District of Pennsylvania for scheduling updates. The defendant cannot be sentenced before his cooperation is complete and the scale of his cooperation is assessed by the government.

3. Therefore, the parties request the August 12, 2022 Sentencing be continued for approximately 90 days.

4. The defendant is in custody.

5. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov