# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.      : | Case No. 22-CR-71 (ABJ) |
| : | (SEALED) |
| **SAMUEL LAZAR,**   : | |
| : | |
| Defendant.  : | |

## STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report and Motion to Continue Sentencing, currently scheduled for November 18, 2022, for a period of approximately 30 days to the week of December 19, 2022. In support of the Motion, the government represents:

1. The defendant is before the Court after having pled guilty to Assaulting, Resisting or Impeding Certain Officer Using a Dangerous Weapon, in violation of Title 18, United States Code, § 111(a)(1) and (b), as part of sealed case 22-CR-71.

2. The defendant's plea contemplates his cooperation with the government on several matters. One of these matters is to provide testimony in a trial in the Eastern District of Pennsylvania. That trial is scheduled to begin on December 2, 2022 and the government anticipates needing Mr. Lazar's testimony on or about December 8-9, 2022. The defendant cannot be sentenced before his cooperation is complete and the scale of his cooperation is assessed by the government.

3. Therefore, the parties request the November 18, 2022 Sentencing be continued for approximately 30 days to the week of December 19, 2022.

4. Further, Mr. Lazar requests that his sentencing be conducted virtually. The government has no objection. However, if the Court orders sentencing to be in-person in Washington, D.C., the government respectfully requests sentencing be set for Monday, December 19, 2022 or the afternoon of Tuesday, December 20, 2022, as counsel for the government will be in Washington, D.C. at that time. These dates and times are amenable to defense.

5. The defendant is in custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov