## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 22-CR-71 (ABJ) |
| : | (SEALED) |
| **SAMUEL LAZAR,** : | |
| Defendant. : | |

### STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report and Motion to Continue Sentencing, currently scheduled for December 19, 2022, for a period of approximately 75 days to the early March 2023. In support of the Motion, the government represents:

1. The defendant is before the Court after having pled guilty to Assaulting, Resisting or Impeding Certain Officer Using a Dangerous Weapon, in violation of Title 18, United States Code, § 111(a)(1) and (b), as part of sealed case 22-CR-71.

2. The defendant's plea contemplates his cooperation with the government on several matters. One of these matters is to provide testimony in a trial in the Eastern District of Pennsylvania ("EDPA"). That trial was scheduled to begin on December 2, 2022, however, the Court in EDPA *sua sponte* adjourned the trial to February 21, 2023. The government anticipates needing Mr. Lazar's testimony on or about February 27-28, 2023. The defendant cannot be sentenced before his cooperation is complete and the scale of his cooperation is assessed by the government.

3. Therefore, the parties request the December 19, 2022 Sentencing be continued for approximately 75 days to early March 2023.

4. The defendant is in custody.

5. The defendant concurs with this request.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney

By:      /s/
           Douglas G. Collyer
           Assistant United States Attorney
           Capitol Riot Detailee
           NDNY Bar No.: 519096
           14 Durkee Street, Suite 340
           Plattsburgh, NY 12901
           (518) 314-7800
           Douglas.Collyer@usdoj.gov