UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Crim. No. 22-cr-071-ABJ** |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| **SAMUEL LAZAR,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR
## DEPARTURE FROM GUIDELINES SENTENCE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, to sentence the defendant, Samuel Lazar, to a term less than otherwise required by the United States Sentencing Guidelines or the applicable sentencing provisions.

The United States has determined to file its motion to depart in this case after considering all the facts and circumstances. The government has acknowledged substantial assistance by the defendant in this case, and these circumstances warrant a sentence below the sentence recommended by the Guidelines. By way of substantial assistance, the defendant (1) debriefed with the Government multiple times; (2) was prepared to testify for the United States in a murder-for-hire trial in the Eastern District of Pennsylvania; (3) offered information regarding security breaches at a federal detention facility; and (4) gave the government valuable information with respect to other January 6 defendants.

As the Court is aware, in this District the factual and legal basis for all departure motions made by the United States must be reviewed and approved by the United States Attorney's Office Departure Committee. Counsel for the government submitted this matter to the Departure

Committee for its review, and the Committee authorized the filing of this motion.

WHEREFORE, for the foregoing reasons and the reasons set forth in the attached Memorandum in Aid of Sentencing, the government requests that the Court grant this motion.

DATED this 3rd day of March 2023.

>Respectfully submitted,
>
>MATTHEW GRAVES
>United States Attorney
>
>/s/   *Douglas G. Collyer*
>DOUGLAS G. COLLYER
>Assistant United States Attorney
>District of Columbia Detailee
>N.D.N.Y. Bar 519096
>U.S. Attorney's Office
>14 Durkee Street, Suite 340
>Plattsburgh, NY 12901
>(518) 314-7800
>Douglas.Collyer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March 2023, a copy of the foregoing motion and the proposed Order were sent by electronic mail to defense counsel and the United States Probation Office.

>/s/
>Douglas G. Collyer