UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-cr-    (ABJ) |
| | : | |
| v. | : | |
| | : | |
| SAMUEL LAZAR, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S *CONSENT* MOTION
TO SEAL THE CRIMINAL INFORMATION AND OTHER
DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF
THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the Information, plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the Government states as follows:

The defendant in this case has agreed to enter a plea of guilty to an Information charging him with one count of Assaulting, Resisting or Impeding Certain Officers with a Dangerous Weapon, in violation of Title 18, United States Code, Section 111(a) and (b). The sealing is necessary because the plea agreement and related pleadings contain sensitive information, the disclosure of which would not be in the interest of the defendant, the government, or the public.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the plea agreement and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until (1) there is no longer a substantial risk that notification of the investigation will cause the target to cease or alter their criminal conduct; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

Defense counsel has been advised of the contents of this motion and consents to this motion

2

WHEREFORE, it is respectfully requested that this motion be granted.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                Bar No. 481052

By:    _____
            DOUGLAS G. COLLYER
            Assistant United States Attorney (Detailee)
            NDNY Bar No. 519096
            555 4th Street, N.W.
            Washington, D.C. 20530
            (518) 314-7800
            Douglas.Collyer@usdoj.gov