**FILED**

MAR - 7 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case: 1:22-cr-00071 |
| | : | Assigned To : Jackson, Amy Berman |
| v. | : | Assign. Date : 3/7/2022 |
| | : | Description: Information (A) |
| SAMUEL LAZAR, | : | Related Case: 21-cr-525 (ABJ) |
| Defendant. | : | |

## ORDER

Based on the representations in the government's motion to seal the Information, plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court finds as follows.

## FINDINGS OF FACT



Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's Motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 7th day of March, 2022 hereby

ORDERED that this Order, and the attached government motion to seal the plea and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the plea, the transcript of the plea, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the plea, the transcript of the plea, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further ORDERED that notwithstanding the other provisions of this ORDER, the Government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the Government, and there may be a limited lifting of this sealing order to allow the Government to comply with its discovery, *Giglio* and *Brady* obligations ▬▬▬▬▬▬▬▬

▬▬▬▬▬▬

2

It is further ORDERED, that the government notify the Court as soon as the need for sealing no longer exists.

Amy Berman Jackson
United States District Court Judge
For the District of Columbia

Copies to:

Douglas Collyer
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Hope C. Lefeber, Esq.
Counsel for the Defendant
Two Penn Center
1500 JFK Boulevard; Suite 1205
Philadelphia, PA 19102

David B. Benowitz, Esq.
Counsel for Defendant
409 7th Street, NW #200
Washington DC 20004

3