# EXHIBIT "B"

To The honorable Amy Berman Jackson.

I would like to start this letter off by apologizing to this court, your honor, the brave men + women of Law Enforcement, my family, children, community and to the Love of my life for my actions/behavior on Jan 6th. I would like to give you an idea of who I am and what led to my despicable behavior that day. First and foremost I feel ashamed to the very core of my being for my actions/behavior and foul langauge that day. I acted like an ignorant petvalent child. My behavior/Actions that day do not reflect my character or who I am as a person. Since my incarceration I have given much thought to my Actions/behavior that day. Actually ever since Jan 7th 2021 I ~~~~~ regretted my actions/behavior on the 6th. I feel deep shame and regret. You see I am extremely pro police, pro law enforcement, pro Law+order and have lots of respect for the brave men + women in blue who serve their/our communities selflessly everyday. Back in 2020 when I and the rest of America watched in horror at the attacks that were happening all across the country on our men + women of Law Enforcement, it churned my stomach. We all ~~~~ watched police cars burned,

Police attacked, threatened and disrespected everywhere we even saw police stations burned down, I believe in Seattle. We watched them sieze streets, take over a number of blocks and called it chaz. All by thugs with complete disregard for Law while committing countless atrocities aimed at our fine Men+Women of Law enforcement. This broke my heart. I couldn't understand where all of this animosity for the police was coming from. I decided that our brave men+women of Law enforcement needed allies and whenever I had the chance to be kind or a chance to give back to our fine men+women of law enforcement I jumped at the opportunity. I am a person with a big heart and always love to help those in need no matter who it is. For example one time before the 6th I was at another rally to hear our president/others speak. As I was walking around I noticed a few Police Officers in a verbal exchange with an irate man. This man was cursing at them just like I so shamefully did, I have knots in my stomach when I think back on the language I spewed that day. It goes against everything I hold dear and stand for. I don't know who I was, I feel terrible everyday about the way I spoke to the people I hold in such high regard, I feel aweful! This man's words

were degrading and disrespectful so I decided to jump in and help the officers by engaging this man in dialog. I wanted to know why he hated the police and explain to him the errors of his actions/words against these officers. I explained that he should show these officers some respect because they haven't done anything wrong to him and shouldn't be blamed for someone else's actions. I tried to explain that his actions don't help his cause and that respect for one another goes a long way. I intervened because I could tell from the officers faces that they were having a tough time and getting demoralized, just didn't feel right not to help them and show that most folks actually have their backs. It made them + me feel good. I also hope it made the man rethink things. Another time just before jan 6th our local police station in lancaster pa where I live was under threat from anarchist so they actually had to surround the entire station with fencing to protect themselves from the community. I couldn't believe it! That's when I decided to gather my sister, brother (retired military), and a bunch of friends and drive to the police station to show them our support. I used my own money and decided to buy the force around 30 pizza pies and soda. I saw a police car with two officers driving past the station and stop at the red light

#4

I walked over and told them I was there because I/we wanted to thank them for their service to our community and feed them. I asked them how to get in the station because it was surrounded by fencing, that's when they called their brothers in blue and had them meet us out back to sneak us in the station. This I found heart breaking, it really upset me that our police were hiding from the community that they were protecting, it just didn't make sense. As soon as the officers came to open the back gate, if I remember correctly 4 of them. The smiles on their faces and tension dissappearing from their faces + bodies was tangible! I brought along a group of 8-12 of us. When they realized why we were there they were so happy! This made my day as I am sure it made their week! It felt so nice to do this for these brave men + women of law enforcement.

I recently ventured into another business where I build custom wood butcher block countertops. A state trooper came to me with dimensions for a counter in his pantry that his wife really wanted. After making delivery I realized he would have trouble installing by himself the pantry was super tight, counter should've been built in two sections etc. Long story short he said he would figure it out as I don't offer installations. I am a carpenter by trade + have no issues in troubleshooting complex carpentry issues. I thanked him + left but started

feeling really concerned that he wouldn't be able to figure it out so I called him and offered to drive the 1 hour back to his house free of charge on gas, labor and time and install it for him. This is how much I value and respect police officers. Ever since I was a kid I looked up to police officers. When I was between the ages 5-10 years old I lived on the same street as our local police station, I would look at them like super hero's. My brother is retired military and has many veteran brothers, also Law enforcement Friends including myself (Friends that is) since I was never able to serve in the military although I wanted to due to my trouble when I was a teen. Since I wasn't able to serve I figured I can still serve by giving back to these fine, brave men + women through helping with charity events for soldiers, ~~scribbled out~~ disabled veterans and military families. Basically all men + women who rise above themselves to serve our country and communities be it law enforcement, military I fully stand behind and support in any and every way I can. This is why it pains me every time I think of my behavior/Actions that day. In the heat of the moment I acted/Reacted completely irrationally, something I would never have done normally. I refuse to make an excuse for my Actions/Behavior but just for complete disclosure, After I was sprayed with pepper spray I reacted in the most irrational way. I then let my emotions

#6

take over. I am so ashamed, I wish I could take back my words and actions that day. I made a complete fool of myself. The only thing I can hope and pray for is to be forgiven for my despicable behavior that day. I want to take this opportunity to publicly apologize to the fine men + women who serve at the U.S. Capital, this court and everyone affected by my behavior/actions that day. I am so sorry, I beg your forgiveness, the fine men + women of the police force in D.C., this court and all my loved ones.

- A little about myself, my family and my values. -
I am the son of Romanian immigrant parents who ran away from Communist Romania in 1985 and came to this great country to achieve the American Dream. They came here with absolutely nothing, 4 kids and myself the 5th in my mothers belly. My father found work in Construction and my mom would take care of all the kids. I was born within a month or two after arriving in the states. I am first generation American a title I have always been super proud of and so have my parents. Me and my family love this country deeply. As the years passed my mom went from cleaning people's house's in Manhattan with me in tow between 1-5 years old to working for a travel agency to owning her own travel agency and my father landed a doorman job that paid really well with great benefits for the entire family on park Ave in Manhattan. They slowly built the American dream

From scratch. They went from finding furniture in the trash to furnish our apartment when they first arrived in America to building the American dream inside of 10 years. By the time I was 10 they had bought their first home in Queens N.Y. I knew they were still pressed and by 14 I began to work, my parents determination and work ethic made a big impression on me. Strong work ethic, respect for my fellow man, respect for Law Enforcement, traditional values and the love of God is the way I grew up. My folks would always remind me how great this country is and how we can achieve anything we wanted as long as we worked hard and respected the law, saved and followed the word of God. My parents raised us christain, we were raised in the church every Sunday and Wednesday we went to church. We were raised pretty strict, no radio, no TV. Basically no worldly things, it was a different time. Around 16 thru 18 years of age I became a bit rebelious. After making friends with a kid who was a bad influence. That's when I got that misdemeanor in 2003 or 04 I believe. I wish I never met him. Today my folks have achieved the American dream, at least their version of it. They own 2 homes have new cars, their health for the most part, However my mothers health has been deteriorating for years now due to diabetes. As they get older they've become worried about the direction this country is taking and expressed that to me. Their concerns worried me. I have been working for

#8

myself for the past decade for most part since I fell off a modular home about 18+ feet while working in construction and crushed 3 Discs in my spine. It was somewhat a blessing in disguise that prompted me to work for myself over the last decade. I am a very hard working, dedicated, determined to succeed person, I wake up early work all day till sun goes down and way past that into the morning on a daily basis. I have begun to feel optimistic that I to will soon achieve the American Dream for me and my family. Some would even say I already am. I have two beautiful children 12 year old boy and a 14 year old daughter, she just turned 14 in March. I work tirelessly everyday to make sure they have everything I never had. It's been a bit tough on their mom and them since I've been here. I believe each generation always wants the next to do better. Everyday I am filled with shame and regret for my Actions/behavior that day which goes against my values, morals partential guidance and everything I hold dear. I let down everyone and everything I hold dear and for that I am so sorry. I moved to Lancaster County PA in 2008. I worked as a carpenter up until my accident at work that injured my back. Around 2010 I realized things were different due to my injury and had to figure a way to earn a living. I first began to drive around with my van and pick up trash that can be re used, re purposed and sell for a profit. This gig began to support myself and family and soon with money from trash resale I began to go to my local Auctions

estate sales, garage sales, and storage auction sales. Over time I lost and learned till I began to succeed at each task. Everything I buy/bought I was able to double my money or better. I buy and resell everything from Antiques, Vintage Furniture, electronics, jewelry, vintage toys, art, sculpture, mid century modern, ancient artifacts etc.. Thanks to my parents example, work ethic's and values they instilled in me, I have always had a huge drive to succeed. About 5-6 years ago I decided to look at real estate as another source of income and challenge. I have made a few small purchases at tax sales of land plots, then I purchased my first investment property which I put all my skills as a carpenter and more to work. I ended up fixing and renting before I sold it minus profit. My first venture wasn't successful but not a failure either. Again because of my optimism of being able to attain the American dream and the way I was brought up I soon found another property which I gutted and completely renovated. This took me 3+ years. I finished it just before my arrest. I sold it one month after my arrest. I unfortunatly gave every last penny I earned on my defense, but this finally gave me proof that the American Dream is attainable to anyone who works hard and follows the rules. Your honor I unfortunetly let my emotions cloud my judgement that day when I didn't follow the rules and let myself react/behave outside of the rules. I am devestaited with myself. That day I was not myself. I regret my actions/behavior everyday.

#10

I have big hopes and dreams and like my parents I started from nothing without any financial help from anyone. I didn't let my injury get in the way or make excuses because I am hungry to achieve the American dream and was living my best version of it. I started hearing about how politics might affect achieving the American dream and make it harder. I heard about how one side wanted to lower tax and the other side wanted to raise it and that had me concerned. This is when I thought it was important to support canidates who would help me and what I believed all of us Americans achieve the American dream. That's when I began to share political posts that were on my feed, attending rallies in my community and D.C. I didn't realize it then but looking back the posts on facebook began to change and become more out of touch the closer to the elections. I was worried about my children's future, my future, our countries future and so I got behind the candidate that I believed shared my values. I never could imagine I would disrespect the fine men + women of law enforcement and land me in jail. ~~scribbled~~ I am someone who votes based upon someones policies and believe everyone deserves a fair shake. I grew up a democrat, most of my life up until 2016 I was a democrat. In 2016 I realized my values lined up with conservative values and trump's policies made sense to me. For example back in 2008 and 2012 Obama's policies made sense to me when he talked about pre existing conditions plus he was very charismatic. I never considered myself

to be someone who takes a far right or left postion. As I/we all witnessed what was happening throughout the country where police and members of one party or another got attacked for their beliefs while walking down the street, it became alarming. I had come to D.C. a couple times prior for rallies and hear speech's and show support. I always come with my bullhorn which I used to play patriotic music and christain music by placing my phones speaker to the bullhorns mic, all while walking with family, friends and strangers singing along. I used it to voice opinions and on occasions for group prayer. It was always a good time and we always went home in peace. The last time before jan 6th I was in D.C. for a rally and noticed something changed. I was walking with my flag at night back to my air-bnb and someone on a bike tried to steal my flag out of my hand then sped off without success. A few blocks later I was in front of a restaurant next to the white house looking for a place to eat. This place had an outside seating area with heaters, there were families and trump supporters eating or waiting to be seated. I left since it was full. Later that night I turned the TV on to see that 5 min after I left anachist shot motars at patrons on the terrace, (trump supporters). A few blocks from there me my sister and friends were attacked by anarchist dressed in all black with mase, tasers and sticks. That same night I also saw on the news that

#12

another trump supporter was stabbed in that area. I realized things were getting really dangerous and I was concerned. This led to jan 6th. On jan 6th I decided for my protection to wear a costume/gear that would make me look intimidating, goggles to protect against mase from anarchist and face paint. This look I figured would act as a deterrant for any would be attackers. I never would've thought later that day another scene would happen where I would get caught up in and now with the way I looked coupled with my dispicable behavior/actions would lead to where I am today. I thought after the speech at the monument we would go home like every other time, however after the speech the president told everyone to head to the capital to listen to him speak there. He never came and the day just took a turn for the worst. That day as I arrived there people were coming from every direction gathering to wait for our president to arrive. Unfortunatly things took a different turn. When I arrived there was no barricades up, they were torn down and most of the people had no idea we were not supposed to be on the lawn or on the grounds. The police began firing pepper balls and mase at which point chaos broke out. Someone had dropped a can of what looked like mase which I so stupidly picked up. ~~the oround dupty~~ The moment the police started firing mase I should've left, instead I reacted completely irrationally. The pain from the mase and emotions clouded my judgment,

This was the biggest mistake of my entire life! I was not thinking clearly, I had been shot with mase and that's when a reflex reaction happened. I let my emotions go, I became upset and reacted instinctivley to getting sprayed. I am so sorry! There is no excuse for my behavior/actions. I feel horrible for my actions/behavior. I should've just left right away, I should've never picked up the can. I feel horrible and hope I can be forgiven by the fine ment women of the D.C. Capital police, your honor and this court. That day I lost control of my emotions and acted in the most ignorant careless way ever in my entire life! I can't believe that was me. I am having a hard time dealing with my actions/behavior on that day and that's due to my respect for law enforcement and my own moral compass. I am a christain man, I pray night and day, I try to teach my children about jesus. I attend church every sunday at Lifeway church in Lebanon PA, and try my hardest everyday of my life to live according to his will. I am a happy-go lucky person, a huge optimist who would give the shirt off my back to anyone in need. My friends and community can always count on me anytime there is a need. I pride myself myself in helping others, always! In 2015 I came back to God and have lived as close to his word as possible. Your honor I feel horrible daily when I think of how I acted/reacted that day. I have prayed a lot about it but until I can

#14

publicly apologize for my disgusting behavior, I feel horrible! I don't want to be known as someone who is against law enforcement. My entire life I've looked up to the fine Men + Women of law enforcement like Hero's! I wish to make amends. I sincerely apologize to all the fine Men + Women of law enforcement that day, this cart and your Honor. As long as I live, whatever life I have left on this planet, I promise myself, GOD and this Court I will never act in such an ignorant way ever again. I humbly ask for forgiveness your Honor. This time I spent away from my children, family and love of my life have taught me many things. To name a few, how to think clearly before I react, to have patience, to humble myself, and realize the errors of my ways and make sure I never repeat this type of behavior ever again. I come from a close knit family and have never been away from my children in their entire lives till now, family is everything to me and being away from my children has been the most excruciating experience and it was due to my ignorant behavior. I promise you I will never allow myself to fall into this type of behavior ever again. I realized nothing is more important then minding my own business and taking care of all those people that depend and count on me. I never want to let anyone down ever again for as long as I live! I am so sorry your Honor. Ever since I was a teenager last gotten in trouble I decided then and there to never

step outside the law ever again. I decided at 18 to study and get my G.E.D. then attend college in N.Y.C. and later at H.A.C.C. community college in PA. I think I did 1 or 2 semesters at Laguardia Community college and same at H.A.C.C. I didn't stick with college, instead I decided to persue my passion and that was carpentry. I started my own business of remodeling/restoring brownstones in the bronx at 19 remodeling apartments, barbershops etc. It was awesome! Still being so young I wanted to travel so I left everything behind after one year and moved to Arizona. Long story short I moved back to east coast 8 months later and had my first born in lancaster p.a. My folks, sister, brother all moved to Pennsylvania. From 18 years old up until present day 36 years old I have been on the straight and narrow path. Well up until this situation happened. I have never looked back to my childhood problems that got me in trouble. I have lived with high morals, good values, and respect for my fellow man. I am a hard working man/Father who will help anyone in need doesn't matter who it is, I am as they say a Lover not a fighter, which is why I feel horrible for my actions/behavior that day. I hate that I lost control of myself/emotions that day, I am so sorry! I can only hope that my apology is accepted and I can be forgiven by this court, your honor, the D.C. Police

# 16

and my family. I never want to hurt or let anyone down ever again. It's the worst feeling in the world to go against everything you believe in and realize you acted in such a careless ignorant way. For my behavior/Actions I am truly sorry. I worked so hard my entire life to make sure I am a role model for my kids my community and friends. I've earned the respect of all those who know me and the way I acted/behaved that day I feel crushed everything I believe in. I have done a lot of soul searching and pray about it daily. Your Honor I beg your forgiveness and am hoping for 2nd chance at life to be able to redeem myself and make amends. All I want and wish to do the rest of my life is make sure I never allow myself to act in anyway that goes against all and everyone I hold dear. I believe in the American dream and understand a few undeniable truths and that is respecting the rules and laws of the land, Respecting Societies norms, and respecting Law + Order, alway. Taking care of my family, making sure I can inspire others for the better, having a good moral compass and above all heeding the Word of God. I hope this wasn't to long. Lastly I Love life, people and the simple things. I hope this letter gives you an idea of how horrible I feel about all that has happened and my behavior that day, of who I am as a person and of everything I hold dear. I beg your forgiveness your Honor. Thank you for taking the time to read this letter.