**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-71 (ABJ)** |
| | **:** | |
| **SAMUEL LAZAR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Hope Lefeber, counsel for Samuel Lazar ("Defendant"), hereby submit the following Joint Status Report.   In the event of the Press Coalition refiling a motion to unseal case 21-cr-071, the parties do not object, but respectfully move the Court for 30 days to redact documents for public filing before the case is unsealed.   In support of the Motion, the parties represent:

1.   On March 8, 2022, as part of a plea agreement, Defendant waived indictment and plead guilty to a Superseding Information charging Assaulting, Resisting, or Impeding Certain Officers as a Felony and Aiding and Abetting, in violation of 18 U.S.C. §§ 111(a) and (b) and 2. (sealed Case No. 22-cr-071).   His plea agreement contemplated cooperation with the government.

2.   On March 17, 2023, the Court sentenced Defendant, principally, to 30 months incarceration as part of a sealed proceeding wherein Defendant's cooperation with the government was discussed.

3. On April 20, 2023, the Press Coalition filed a motion on Docket 21-cr-525 to unseal any plea or change of plea made by Defendant; any sentencing by the Court; the transcript of any sentencing hearing; any memoranda or other filings made in connection with a sentencing hearing; any related motion to seal, response thereto; and any sealing order, which the Court denied without prejudice to refile.   (Press's Motion.)

4. On September 13, 2023, Defendant was released from Bureau of Prison custody, having served his sentence.

5. The parties anticipate a forthcoming, renewed motion to unseal by the Press Coalition.

6. The parties do not object to the unsealing of case 22-cr-071 now that Defendant has been released from the Bureau of Prisons.   However, the parties request that upon the filing of a renewed motion to unseal by the Press Coalition, the parties be allowed 30 days to respond and to redact portions of documents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ The parties respectfully request the redacted documents be filed on the (then unsealed) docket. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. The parties respectfully submit 30 days to redact the documents is appropriate as counsel for the government will be engaged in trial in Syracuse, NY in early October and counsel for Defendant is out of the country until mid-October.

8. The defendant is out of custody.

9. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney


By:      /s/                                   /s/

Douglas G. Collyer                        Hope C. Lefeber

Assistant United States Attorney      Counsel for Samuel Lazar

Capitol Riot Detailee                     Two Penn Center

NDNY Bar No.: 519096              1500 JFK Boulevard

14 Durkee Street, Suite 340         Suite 1205

Plattsburgh, NY 12901             Philadelphia, PA 19102

(518) 314-7800                        (610) 668-7927

Douglas.Collyer@usdoj.gov        hope@hopelefeber.com